ACCEPTED
12-14-00109-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/8/2015 5:04:22 PM
CATHY LUSK
CLERK

12-14-00109-CR

| BRANDON MEDFORD | § | IN THE COURT OF APPEALS |
|---|---|---|
| vs. | § | 12th JUDICIAL DISTRICT |
| STATE OF TEXAS | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/8/2015 5:04:22 PM
CATHY S. LUSK
Clerk

## APPELLANT'S MOTION TO OBTAIN RECORD

### TO THE HONORABLE JUDGES OF SAID COURT:

Now comes James Huggler, Counsel for the Appellant, in the above styled and numbered causes, and would show the Court as follows:

### I. Factual and Procedural Background

Brandon Medford was appointed counsel for purposes of this appeal. Appellate counsel has reviewed the record and filed a Brief in compliance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Counsel has also filed a Motion to Withdraw.

### II. Grounds

In order to file a pro se brief in this case, it is necessary to review the record. Counsel has explained the rights the ability to pursue his own appeal. Appellant desires to submit his own appeal. However, having been appointed appellate counsel, the trial court has found Brandon Medford indigent. The Court of Criminal Appeals has stated that appellate counsel has a duty is an <u>Anders</u> brief is filed, to file a motion to withdraw as well as a motion to allow the appellant access to the record in the case. <u>Kelly v. State</u>, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014).

## III. Prayer for Relief

Appellant requests that he be provided a copy of the appellate record in this case, or that this Court remand the matter to the trial court to allow Mr. Medford a copy of the record, and for other such relief as the Court may deem appropriate.

Respectfully submitted,

_Brandon Medford_
Brandon Medford
c/o Smith County Jail
206 E. Elm Street
Tyler, Texas 75702

105 W. Hollis
Troup, Texas 75789

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion has been delivered to Michael West, Counsel for the State, at the addresses listed below on this the 2 6 day of _December_, 2014 by hand delivery or regular mail or the State of Texas electronic filing system.

_Brandon Medford_
Brandon Medford

Michael West
Smith County District Attorney's Office
100 North Broadway, 4th Floor
Tyler, Texas 75702